**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

IN RE**: Brent L. Barbour**                                                       CHAPTER 13
     **Regina A. Barbour**                                                CASE NO. **17-62236**

**SS # XXX-XX-8755**
**SS # XXX-XX-1312**

     Debtor(s)

**AMENDED ORDER DIRECTING PAYMENT OF FUNDS TO CHAPTER 13 TRUSTEE**
**(Direct Payment From Debtor)**

The above-named debtor(s) filed a Chapter 13 petition on November 15, 2017**,** thereupon subjecting all wages and property of the debtors wheresoever situated, while this case is pending, to the jurisdiction of this Court.

Pursuant to 11 U.S.C. Section 1326(a)(1), it is

ORDERED:

That **Brent L. & Regina A. Barbour**, Debtor(s)**,** are hereby directed to pay unto the duly appointed Trustee, and with all payments made to, ***HERBERT L. BESKIN, TRUSTEE, P. O. BOX 1961, MEMPHIS, TENNESSEE 38101-1961, (434) 817-9913,*** commencing with the next pay period, the sum of **$380.00 monthly,** beginning immediately**.**

If this order is directing payment herein to be made by the employer, such employer is directed to withhold said sum from the debtor's wages, after deducting such amount necessary to pay withholding and social security taxes, pensions, hospitalization, retirement funds, and union dues, if any, and forward to the Trustee. The sum may be accumulated and remitted monthly to the Trustee, all pursuant to 11 U.S.C. Section 1325 (b). ***DEBTOR'S NAME AND CASE NUMBER MUST BE NOTED ON EACH PAYMENT.***

Copies of this order are directed to be mailed to the debtor(s), counsel for the debtor(s), the trustee, and to the debtor(s) employer, if to be wage deduction.

DATED:   4/30/18

Prepared by:
/s/ Stephen E. Dunn, Esq.
Attorney's Name

_/s/ Rebecca B Connelly_
U. S. Bankruptcy Judge